**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

DAVELL ARTIS; DONTRA ARTIS;
MICHAEL BLUNT; RONNELL
BROTHERS; BRANDON CAMPBELL;
JERRY COOK; BOBBY HARDY;
HUSAMIDDIN MUBASHSHIR;
GABRIEL JIMENEZ; ALFREDO
LEBRON DIAZ; WILFREDO LEBRON-
DIAZ; ERIQUE INGRAM; RAMELL
MCDONALD; MICHAEL PERRY;
ROBERT THOMAS, SR.; ROBERT
THOMAS, JR.; TAVARIS TILLERY;
EDWARD WASHINGTON; and JAMES
WILLIAMS,

      Plaintiffs,

      v.                             Case No.: 2:17-CV-595

LYON SHIPYARD, INC.

      Defendant.

<u>**AGREED ORDER MODIFYING RULE 16(b) SCHEDULING ORDER**</u>

Upon consideration of the Motion of the Defendant, Lyon Shipyard, Inc. ("Lyon") to

modify the terms of the Rule 16(b) Scheduling Order entered in this case on Marcy 21, 2018

ECF No. 36) ("Scheduling Order"), and upon the agreement of the Parties,  the Court ORDERS

as follows:

      1.      The Scheduling Order is hereby modified to allow Plaintiffs to take the deposition

of Johnny Gaskins on August 28, 2018.

      2.      Except as specifically modified herein, the Scheduling remains in effect.

1

**EXHIBIT A**

Entered this _____ day of August, 2018.

_____
United States District Court Judge

WE ASK FOR THIS:

By: /s/ Jesse Centrella
Jesse Centrella, Esq.
Rebecca Houlding, Esq.
Effat Hussain, Esq.
**FRIEDMAN & HOULDING, LLP.**
1050 Seven Oaks Lane
Mamaroneck, NY 10543
888-369-1119 x5
Fax: 866-731-5553
rebecca@friedmanhoudingllp.com
effat@friedmanhoudingllp.com
jesse@friedmanhoudingllp.com
*Admitted Pro Hac Vice*

James H. Shoemaker, Jr., Esq. (VSB No. 33148)
Andrew J. Dean, Esq. (VSB No. 88192)
**PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.**
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Telephone: 757.223.4500
Facsimile: 757.223.4518
jshoemaker@pwhd.com
adean@pwhd.com

Cindra M. Dowd, Esq., (VSB No. 33819)
**LAW OFFICES OF RICHARD J. SERPE, P.C.**
580 East Main Street, Suite 310
Norfolk, VA 23510
Telephone: 757.233.0009
Facsimile: 757.233.0455
cdowd@serpefirm.com
  ***Counsel for Plaintiffs***

By:  /s/ Kelvin L. Newsome
Kelvin L. Newsome, Esq. (VSB # 34478)
O'HAGAN MEYER, PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone:  (804) 403-7128
Facsimile:   (804) 237-0250
knewsome@ohaganmeyer.com

Ray W. King, Esq. (VSB No. 22253)
LeCLAIR RYAN, A PROFESSIONAL CORPORATION
999 Waterside Drive, Suite 2100
Norfolk, Virginia  23510
(757) 441-8938 (telephone)
(757) 624-3773 (facsimile)
kelvin.newsome@leclairryan.com
ray.king@leclairryan.com

Arlene F. Klinedinst, Esq. (VSB #31101)
Anne G. Bibeau, Esq. (VSB #41488)
        VANDEVENTER BLACK LLP
500 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
        Telephone: (757) 446-8600
Facsimile: (757) 446-8670
AKlinedinst@vanblacklaw.com
ABibeau@vanblacklaw.com
        ***Counsel for Defendant***