IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DAVELL ARTIS, DONTRA ARTIS, MICHAEL BLUNT, RONNELL BROTHERS, BRANDON CAMPBELL, JERRY COOK, BOBBY HARDY, HUSAMIDDIN MUBASHSHIR, GABRIEL JIMENEZ, ALFREDO LEBRON DIAZ, WILFREDO LEBRON-DIAZ, ERIQUE INGRAM, RAMELL MCDONALD, MICHAEL PERRY, ROBERT THOMAS, SR., ROBERT THOMAS, JR., TAVARIS TILLERY, EDWARD WASHINGTON, **and** JAMES WILLIAMS<br><br>**Plaintiffs,**<br><br>v.<br><br>LYON SHIPYARD, INC.<br><br>**Defendant.** | Case No.  2:17-cv-595 |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Permission for Plaintiff Robert Thomas, Jr. to Appear by Telephone, and for good cause shown, it is hereby ORDERED that:

Plaintiff Robert Thomas, Jr. is permitted to appear at the August 30, 2018 settlement conference by telephone.

_____
Robert J. Krask
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
August ____, 2018.