IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DAVELL ARTIS, DONTRA ARTIS, MICHAEL BLUNT, RONNELL BROTHERS, BRANDON CAMPBELL, JERRY COOK, BOBBY HARDY, HUSAMIDDIN MUBASHSHIR, GABRIEL JIMENEZ, ALFREDO LEBRON DIAZ, WILFREDO LEBRON-DIAZ, ERIQUE INGRAM, RAMELL MCDONALD, MICHAEL PERRY, ROBERT THOMAS, SR., ROBERT THOMAS, JR., TAVARIS TILLERY, EDWARD WASHINGTON, **and** JAMES WILLIAMS<br><br>    **Plaintiffs,**<br><br>v.<br><br>LYON SHIPYARD, INC.<br><br>    **Defendant.** | Case No.  2:17-cv-595 |

**Stipulation of Dimissal With Prejudice Pursuant to FRCP 41(a)(1)(A)(ii)**

The Parties, through the undersigned counsel, stipulate that the claims of Plaintiff Dontra Artis are dismissed with prejudice, the parties shall bear their own costs, and respectfully request that this Court direct the Clerk to remove Dontra Artis's name from the caption as a Plaintiff.

Dated: October 24, 2018

| | |
|---|---|
| Friedman & Houlding LLP | LeClair Ryan |
|   |   |
|     /s/ Joshua Friedman |     /s/ Ray W. King |
| For the Firm:  Joshua Friedman | For the Firm:  Ray W. King |
| Friedman & Houlding LLP | LeClair Ryan |
| Counsel for Plaintiffs | Counsel for Defendant |
| 1050 Seven Oaks Lane | 999 Waterside Drive, Suite 2100 |
| Mamaroneck, NY 10543 | Norfolk, Virginia 23510 |
| 888-369-1119 x4 | (757) 441-8929 |
| josh@friedmanhouldingllp.com | Ray.King@leclairryan.com |
| *Admitted Pro Hac Vice* | |

## CERTIFICATE OF SERVICE

 I hereby certify that on October 24, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

        By: */s/ James H. Shoemaker, Jr.*
           James H. Shoemaker, Jr.
           Virginia State Bar No. 33148
           Patten, Wornom, Hatten & Diamonstein, L.C.
           12350 Jefferson Avenue, Suite 300
           Newport News, Virginia 23602
           Telephone: (757) 223-4500
           Fax: (757) 223-4518
           jshoemaker@phwd.com

           *Local Counsel for Plaintiffs*