IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DAVELL ARTIS, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 2:17-cv-595 |
| ) | |
| LYON SHIPYARD, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is scheduled for a jury trial on December 3, 2019. The Final Pretrial Conference is set for November 13, 2019. The parties are **ORDERED** to submit a Motion to Amend the Rule 16(b) Scheduling Order, and a Proposed Order, resetting the deadlines provided in paragraphs 5 through 8 of the original Rule 16(b) Order, ECF No. 36.

Such motion shall provide that the date for objections to Rule 26(a)(3) disclosures shall be served on or before October 25, 2019. Further, both the pretrial disclosures require by Rule 26(a)(3) and the objections thereto shall be filed with the Court on or before October 28, 2019. Any exhibits to which there are objections should be delivered to chambers of the undersigned (not filed) on or before October 28, 2019.

In addition, to the extent either party plans to provide at trial testimony from witnesses by deposition, the deposition designations and any objections thereto shall also be filed on or before October 28, 2019. A copy of any deposition transcripts to which there are objections should be delivered to chambers of the undersigned (not filed) on or before October 28, 2019.

1

Finally, the proposed Amended Rule 16(b) scheduling Order shall provide that proposed voir dire and jury instructions shall be filed on or before November 22, 2019.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/ Lawrence R. Leonard
Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
September 18, 2019